UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA — CRIMINAL ACTION

VERSUS — NO. 05-120

TIMOTHY DIXON — SECTION "F"

NOV. 9, 2006

CT. DEP. S HILL
CT. REP. DAVID ZAREK

GOVT ATTY: EMILY GREENFIELD
DEFT ATTY: GEORGE CHANEY

SENTENCING: CUSTODY OF BUREAU OF PRISONS FOR 30 MONTHS ON CT. 1
SEE JUDGMENT

SELF SURRENDER ON JANUARY 10, 2007
DEFT ORDERED TO APPEAR BEFORE MAGISTRATE MOORE TO ADD A CONDITION OF HIS BOND.

COURT ADJORNED

JS10- .25 MINUTES